IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EMIL FABER, Personal Representative of the Estate of ZOE FABER, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:07CV5018 |
| v. | ) ) | |
| EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, GOOD SAMARITAN HEALTH CARE CENTER, and JOHN DOES 1-10, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint motion for continuance of trial date and progression deadlines (Filing No. 31). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) A scheduling conference with the undersigned is set for:

**Thursday, January 15, 2009, at 9 a.m.**

in Suite 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

2)   Trial of this matter previously scheduled for February 2, 2009, in North Platte, Nebraska, is cancelled until further order of the Court.

DATED this 31st day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court