IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EMIL FABER, Personal Representative of the Estate of Zoe Faber, | ) ) ) ) | |
| Plaintiff, | ) ) | 7:07CV5018 |
| v. | ) ) | |
| GOOD SAMARITAN HEALTH CARE CENTER, EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, THE, and JOHN DOES 1-10, | ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) | |

After consultation with Judge Strom, and with his agreement,

IT IS ORDERED that:

1. With the agreement of Judge Piester, the Chief Judge and the other district judges, Judge Kopf has begun handling all magistrate matters previously handled by Judge Piester. Judge Kopf will do so for the foreseeable future regarding his own cases as well as cases assigned to other district judges. Thus, any magistrate matters previously handled by Judge Piester will be handled by Judge Kopf alone unless otherwise ordered and that is true for cases assigned to Judge Kopf and it is also true for cases assigned to other district judges. However, the district judge assigned to try this case has not changed.

2. The trial date of October 19, 2009 is cancelled. <u>The new trial date is February 22, 2010.</u> Place of trial is North Platte. The case is expected to take no more than 5 days.

3. The pretrial conference scheduled for September 14, 2009 is cancelled. <u>The new pretrial conference date is Thursday, January 28, 2010, in Judge Kopf's chambers in Lincoln, Nebraska. The conference shall commence at 12:00 noon, and one-half hour is allocated to the conference.</u> At that time, counsel shall submit to Judge Kopf a pretrial conference order that conforms to the local rules.

4. Counsel may contact Judge Kopf by arranging a telephone conference with Kris Leininger of Judge Kopf's chambers (at 402-437-1640) should they have any objections or questions about this order or should other issues subsequently arise that may delay or frustrate the prompt and fair resolution of this case.

5. The Clerk's office shall provide Judge Strom with a copy of this memorandum and order.

DATED this 2nd day of July, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge