IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMIL FABER, Personal Representative of the Estate of Zoe Faber,         )<br>         )<br>         )<br>                  Plaintiff,         )<br>         )<br>         v.         )<br>         )<br>GOOD SAMARITAN HEALTH CARE         )<br>CENTER, EVANGELICAL LUTHERAN         )<br>GOOD SAMARITAN SOCIETY, THE,         )<br>and JOHN DOES 1-10,         )<br>         )<br>                  Defendants.         ) | 7:07CV5018<br><br>MEMORANDUM AND ORDER |

The trial of this case was re-scheduled to May 3, 2010. (Filing No. 56).

Accordingly,

IT IS ORDERED:

1) The Final Pretrial Conference is re-scheduled and will be held before a magistrate judge on April 12, 2010, at 2:30 p.m. in chambers, Federal Building, 3rd Floor, 300 East 3rd Street, North Platte, Nebraska.

2) The final pretrial conference shall be attended by lead counsel for the represented parties who shall, at the time of the conference, provide the magistrate judge with a draft pretrial conference order which conforms to the requirements of the local rules.

DATED this 20th day of January, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge