IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EMIL FABER, Personal Representative of the Estate of ZOE FABER, | ) ) ) ) | |
| Plaintiff, | ) ) | 7:07CV5018 |
| v. | ) ) | |
| EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, GOOD SAMARITAN HEALTH CARE CENTER, and JOHN DOES 1-10, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 71). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 2nd day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court